■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG ROBINSON, Appellant. [611 NYS2d 547] —Judgment, Supreme Court, New York County (Joan Carey, J.), rendered January 14, 1992, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Contrary to defendant's argument, the instruction that a reasonable doubt "is a doubt which if you were called upon, you could give a reasonable or a rational explanation" did not improperly impose upon the jurors a duty to articulate the reasons for their doubt, but merely "defined the required degree of clarity and coherence of thought, focusing on the jurors' intellectual effort" *(People v Brin,* 190 AD2d 512, *lv denied* 82 NY2d 751, citing *People v Antommarchi,* 80 NY2d 247, 251-252; *see also, People v Uraca,* 195 AD2d 377, *lv denied* 82 NY2d 728; *People v Jackson,* 155 AD2d 329, *affd* 76 NY2d 908). Concur—Sullivan, J. P., Wallach, Ross, Rubin and Tom, JJ.